IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:14MJ191 |
| vs. | ORDER FOR DISMISSAL |
| MANUEL LNU, | |
| Defendant. | |

Pursuant to Motion of the United States (Filing No. 6), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Criminal Complaint against Manuel LNU.

IT IS ORDERED that the Motion to Dismiss the Criminal Complaint (Filing No. 6) is granted.

Dated this 2nd day of March, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge